# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

LENA CONTRACTING, INC.

Case: 1:07-cv-01508
Assigned To : Bates, John D.
Assign. Date : 8/23/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

LENA CONTRACTING, INC.
202 Industrial Loop
Staten Island, NY  10309

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    AUG 2 3 2007

CLERK                                                      DATE

(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff <br> v. <br><br> LENA CONTRACTING, INC. <br><br><br> Defendant | ) Case No.: 1:07-cv-01508 (JDB) <br> ) <br> ) <br> ) AFFIDAVIT OF SERVICE <br> ) <br> ) <br> ) <br> ) <br> ) |

STATE OF NEW YORK: COUNTY OF KINGS    ss:

I, HARRY BASS, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on SEPTEMBER 13, 2007 at 2:12 PM at 202 INDUSTRIAL LOOP, 2ND FLOOR, STATEN ISLAND, NY, receipients BUSINESS OFFICE deponent served the within SUMMONS & COMPLAINT on LENA CONTRACTING, INC. therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to MIKE REMUDO personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the MANAGING AGENT authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Black    Glasses: No    Approx. Age: 35    Height: 5' 10    Weight: 165
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harry Bass, Lic. #1076668
LEGAL ERRANDS, INC.
1313 Race Street
Philadelphia, PA 19107
(215) 751-1124

Executed on: 9/15/07

Subscribed and sworn to before me, a notary public, on this 15th day of September, 2007.

_____    My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

ID: 07-005883    Client Reference: International Painters Fund v. Lena Contracting