IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND <br> <br> Plaintiff <br> v. <br> <br> LENA CONTRACTING, INC., *et al* <br> <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 07-1508 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, Lena Contracting, Inc., 202 Industrial Loop, Staten Island, NY 10309 ("Lena NY") and Lena Contracting, Inc., 774 Pfeiffer Blvd., Perth Amboy, NJ 08861 ("Lena NJ" and together with Lena NY, "Defendants") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent Cprek.

                                          Respectfully submitted,

                                          JENNINGS SIGMOND, P.C.

                                  BY:/s/    Kent Cprek
                                  KENT CPREK
                                  Bar No. 478231
                                  The Penn Mutual Towers, 16th Floor
                                  510 Walnut Street, Independence Square
                                  Philadelphia, PA 19106-3683
                                  (215) 351-0615

Date: November 7, 2007            Attorney for Plaintiff

OF COUNSEL:
PHILIP A. LOZANO
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669
188598-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. 07-1508 (JDB) |
| v. | ) ) | |
| LENA CONTRACTING, INC., *et al* | ) ) | |
| Defendants | ) | |

## DECLARATION OF KENT CPREK, ESQUIRE
## FOR ENTRY OF DEFAULT

KENT CPREK, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendants, Lena Contracting, Inc., 202 Industrial Loop, Staten Island, NY 10309 ("Lena NY") and Lena Contracting, Inc., 774 Pfeiffer Blvd., Perth Amboy, NJ 08861 ("Lena NJ" and together with Lena NY, "Defendants") on September 13, 2007, by Harry Bass, Process Server, who served Mike Remudo, Managing Agent at 202 Industrial Loop, Staten Island, NY 10309. The Return of Service has been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

188598-1

      5.      Neither of the Defendants is an infant or an incompetent person and, as companies, Lena NY and Lena NJ are not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/    Kent Cprek
> KENT CPREK, ESQUIRE

Date: November 7, 2007

188598-1

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> LENA CONTRACTING, INC.
> 202 Industrial Loop
> Staten Island, NY  10309
>
> LENA CONTRACTING, INC.
> 774 Pfeiffer Blvd.
> Perth Amboy, NJ  08861

                        s/     Kent Cprek
                        KENT CPREK, ESQUIRE

Date: November 7, 2007

188598-1